## STATEMENT IN

## SUPPORT OF PROBABLE CAUSE

IN RE: Christian Estrada

I, Aaron Stein, declare and state as follows:

From on or around April of 2025, to December of 2025, an FBI Online Undercover Employee (OCE) was engaged in conversation with Telegram user "dopehound" on the platforms Reddit, Snapchat and Telegram. Over the course of the conversation, "dopehound" expressed a sexual interest in OCE's fictious 12-year-old daughter. "dopehound" talked about setting up a meeting with the 12-year-old daughter in order to engage in sexual activities. "dopehound" asked for nude and or sexual photos of the 12-year-old female on multiple occasions. In November of 2025, "dopehound" was in contact with whom he believed to be the 12-year-old minor on Snapchat. These conversations with the minor included sexual topics, such as asking the 12-year-old for CSAM and sexual grooming. On December 16, 2025, the FBI received a subpoena return from Reddit Inc. that helped find the true identity of telegram user "dopehound". This telegram user is believed to be identified as Christian Estrada. Estrada is a sworn law enforcement officer in the state of Texas, employed by the Texas Department of Public Safety as a Texas State Trooper.

In the OCE's communication with "dopehound" in April of 2025, before they were believed to be identified, "dopehound" told OCE that he previously had sex with a 13-year-old female child in a neighboring city.

An example of a conversation with "dopehound" and OCE from June 9th, 2025, when discussing OCE's 12-year-old daughter:

> "dopehound": Guess she probably won't have any pics of her sucking cock lol
> OCE: lol I mean I can ask if u want
> "dopehound": Yeah
> "dopehound": Think she'd send some?
> OCE: She might not have but I cn ask at least
> "dopehound": Ask
> "dopehound": Got any hot ones of her rn?
> OCE: I just have selfies and some mirror pics
> OCE: Wat u mean by hot ones
> "dopehound": Nudes
> "dopehound": Can I see some of those selfies?
> "dopehound": I'm stroking rn

"dopehound" asked to speak with OCE's 12-year-old daughter directly. "dopehound" provided their Snapchat on telegram to OCE in order to share with their 12-year-old daughter. On or around November 28, 2025, "dopehound" initiated conversation with who he believed to be

OCE's 12-year -old daughter. This account was also controlled by an FBI OCE. Below is part of "dopehound"'s conversation with OCE, when he believed, he was talking to the minor:

> TARGET ACCOUNT: Or you like it better without
> OCE: If I do then I do
> OCE: Hmmm without?
> "dopehound": No condoms
> "dopehound": Feels way better huh
> "dopehound": Got any pics?
> OCE: Hehe
> OCE: Wym pics
> "dopehound": Oh you know
> "dopehound": Sexy pics
> "dopehound": I bet you take a lot of those
> "dopehound": I bet you even have action shots huh
> OCE: Hehehe
> OCE: Wat do u mean??
> "dopehound": Pic of you doing stuff
> OCE: Lol idek wat u mean
> "dopehound": Like having sex lol
> OCE: Oh hehe and u think I do???
> "dopehound": I do

"dopehound" told multiple Reddit users on their Reddit Account that they were a "cop" and had been for "16 years". They also stated that they lived in North Laredo, near "Shiloh and International". This information corroborates Estrada's employment as well as where he lives within Laredo, Texas.

"dopehound" provided a Reddit user with his approximate height and weight, as well as where he went to high school and when he graduated.

These facts lead the FBI to believe that Telegram user "dopehound" is Christian Estrada, residing in Laredo, Texas.

On January 8, 2025, a search warrant was conducted at Estrada's residence while Estrada was being interviewed. Estrada confirmed that the information about his high school, graduation year, age, address, and name are all consistent with the Reddit account attributable to telegram user "dopehound". This Reddit account also had IP logs resolving back to Estrada's residence. Estrada identified the telegram account "dopehound" as his telegram account. When shown screen shots of the chat conversations, Estrada did not recall them, however Estrada said that no one else in his house would have been responsible for the messages. When confronted with information regarding all of the chat messages being linked to Estrada's bio data and his residence, his response was "do what you gotta do".

Estrada's phone was seized via search warrant. Estrada's snap chat contained numerous chats with users indicating that there age was 14 and 15. One users handle was titled "15 for older".

Based on my experience and the aforementioned facts and observations, I believe there is probable cause that CHRISTIAN ESTRADA. acted in violation of Texas Penal code 43.26e., and therefore Title 18 United States Code Section 2422.

*/s/ Aaron Stein*

_____
Aaron Stein
Special Agent
Federal Bureau of Investigation

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the 8th day of Janurary 2026.

_____
Diana Song Quiroga
United States Magistrate Judge