UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. _26 CR 299_ |
| | § | |
| _CHRISTIAN ESTRADA_ | § | |

## DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming

that s/he has been charged via indictment or misdemeanor information and has received a copy

thereof, HEREBY pleads not guilty to the charges contained therein, requests a trial by jury, and

waives appearance at the arraignment scheduled in this case for _2/12/2026 @ 10:25 AM_

**before Magistrate Judge** _BAJEW_ .

Respectfully submitted on _2/9/2026_ .

_CHRISTIAN ESTRADA_
Printed Name of Defendant

Signature of Defendant

_OSCAR O. PENA_
Printed Name of Attorney

Signature of Attorney

**NOTE:** To enter a plea of not guilty and waive appearance at arraignment, file this completed waiver with the court under **Waivers**, using event **Waiver of Presence at Arraignment**, no later than *48 hours* prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar, and the case will proceed as laid out in the Scheduling Order.